UNITED STATES of America, Plaintiff–Appellee,

v.

**Leslie Marie GREEN, Defendant–Appellant.**

No. 07–11809
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 27, 2007.

Leslie Marie Green, Bruceton Mills, WV, pro se.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Daniel N. Broderson, appointed counsel for Leslie Marie Green, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Green's conviction and sentence are **AFFIRMED**.